**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | |
|---|---|
| JANE DOE, K.H. and<br>JUNE DOE, M.H.<br><br>        Plaintiffs,<br><br>vs.<br><br>KANSAS CITY GIRLS ACADEMY,<br>and JOHN DOE ENTITIES 1-10,<br><br>        Defendants. | Case No. 4:25-cv-00989 W-DGK |

## <u>JOINT DESIGNATION OF NEUTRAL</u>

COMES NOW Plaintiffs K.H. and M.H. and Defendant Kansas City Girls Academy, through their respective attorneys of record, and notify the court that Plaintiffs and Defendants have jointly agreed on and selected as the neutral pursuant to the Notice of Inclusion in the Mediation and Assessment Program.

    Honorable Paul Gurney
    Jay Daugherty Mediation & Arbitration
    4717 Grand Ave., Suite 830
    Kansas City, MO 64112
    (816)931-6300

The Mediation is scheduled to take place via Zoom Videoconference on **Wednesday, July 15, 2026,** beginning at **9:30 a.m. CST.**

1

Respectfully submitted,

**BATY OTTO SCHEER P.C.**

/s/ Lee M. Baty

| | |
|---|---|
| Lee M. Baty | MO #29547 |
| Justin C. Shock | MO #77016 |
| Elizabeth L. Reiher | MO #76741 |

4435 Main Street, Suite 1100
Kansas City, MO 64111
Telephone:   (816) 531-7200
Facsimile:   (816) 531-7201
lbaty@batyotto.com
jshock@batyotto.com
ereiher@batyotto.com
ATTORNEYS FOR DEFENDANT
KANSAS CITY GIRLS ACADEMY

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing was filed with the Court via the CM/ECF filing system on May 29, 2026, with copies via electronic mail, to:

Simon B. Purnell, 67599
Gareth S. Purnell (*Pro Hac Vice* pending)
GRIFFIN PURNELL LLC
2037 Airline Rd., Suite 200
Corpus Christi, Texas 78412
Telephone: (361) 262-1776
Facsimile: (361) 356-4348
simon@griffinpurnell.com
gareth@griffinpurnell.com
support@griffinpurnell.com
**Attorneys for Plaintiff**

/s/ Lee M. Baty
Attorney for Defendant

3