**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

| | | |
|---|---|---|
| JANE DOE, K.H. and,<br>JUNE DOE, M.H.<br><br>*Plaintiffs*,<br><br>v.<br><br>KANSAS CITY GIRLS ACADEMY;<br>and JOHN DOE ENTITIES 1-10<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:25-cv-00989-DGK |

**<u>JOINT DISCOVERY STATUS REPORT</u>**

Plaintiffs Jane Doe, K.H. and June Doe, M.H. ("Plaintiffs") and Defendant Kansas City Girls Academy ("Defendant") (collectively, the "Parties") file this Joint Discovery Status Report pursuant to the Court's Scheduling and Trial Order dated June 4, 2026 (emailed to the Court on June 4, 2026), which directs the Parties to file a joint status report on October 7, 2026. The Parties respectfully report as follows.

**1. <u>Status of Written Discovery</u>**

**Initial Disclosures.** Plaintiffs served their initial disclosures on April 8, 2026. Defendant served its initial disclosures on August 26, 2026. Initial disclosures are complete.

**Plaintiffs' Written Discovery to Defendant.** The status of Plaintiffs' written discovery is summarized below.

| Discovery | Date Served | Response Status |
|---|---|---|
| Plaintiffs' First Set of Interrogatories | May 6, 2026 | Responses served July 10, 2026 (after two agreed extensions) |

| Discovery | Date Served | Response Status |
|---|---|---|
| Plaintiffs' First Requests for Production | May 6, 2026 | Responses served July 10, 2026 (after two agreed extensions) |
| Plaintiffs' First Requests for Admission | May 6, 2026 | Responses served July 10, 2026 (after two agreed extensions) |
| Plaintiffs' Second Requests for Admission | September 28, 2026 | Responses due October 28, 2026. |

Following service of Defendant's responses, the Parties have conferred in good faith regarding Plaintiffs' first set of written discovery. Plaintiffs sent a meet-and-confer letter on July 21, 2026, and counsel for all Parties conferred by telephone on August 11, 2026. Plaintiffs sent a second meet-and-confer letter on August 13, 2026. Counsel for all Parties conferred by telephone again on September 11, 2026, and Defendant provided a written response to the second letter that day. The Parties will continue to confer and do not raise any dispute for the Court's resolution at this time.

**Defendant's Written Discovery to Plaintiffs.** On August 11, 2026, counsel for all Parties conferred by phone and it was agreed the Defendant would attempt to serve written discovery to Plaintiffs after conducting further review of the matter by August 25, 2026. Defendant is finalizing its review of the matter and anticipates serving its discovery requests on Plaintiffs by October 21. Plaintiffs will respond within the time permitted by the Federal Rules of Civil Procedure or any agreed-to extension as the Parties have worked in good faith with each other on all discovery matters to date and anticipate no issues doing so moving forward in litigation.

**Remaining Written Discovery.** Apart from Defendant's forthcoming discovery to Plaintiffs, the Parties do not presently anticipate additional written discovery, subject to

information learned in depositions or through the production of discovery responses and documents to the aforementioned initial requests.

**2. Status of Document Productions**

**Plaintiffs' Productions.** Plaintiffs produced 10,285 pages of documents (Bates MH 000001-006684 and KH 000001-3601) on April 8, 2026, and July 7, 2026. Plaintiffs will produce documents responsive to Defendant's forthcoming requests for production within the time permitted by the Federal Rules of Civil Procedure.

**Defendant's Productions.** Defendant produced 360 pages of documents (Bates KCGA 000001-000360 on July 10, 2026, in response to Plaintiffs' First Requests for Production. Defendant is currently under review of the additional discovery requests served by Plaintiffs and may have additional responsive documents to produce, which will be Bates labeled accordingly.

In short, the Parties will continue to supplement their productions as required by Federal Rule of Civil Procedure 26(e).

**3. Status of Depositions**

No depositions have been taken to date. On July 15, 2026, counsel for Plaintiffs provided counsel for Defendant with the deposition topics for the corporate representative. On August 11, 2026, the Parties agreed to schedule the deposition of Defendant's corporate representative beginning September 14, 2026, followed by Plaintiffs' depositions, with the goal of mediating thereafter. On September 10, 2026, Defendant provided available dates for its corporate representative's deposition, counsel for Plaintiff provided his availability on the same day. Counsel for Defendant is finalizing dates of availability for its corporate representative(s) and will do so on or before October 14, 2026, with the intention of providing said individual(s) for

their deposition(s) between late October and early November as it appears that multiple individuals may be required to attest to Plaintiffs' deposition topics.

The Parties anticipate the following depositions:

| Deponent | Status | Anticipated Date |
|---|---|---|
| Defendant's Rule 30(b)(6) corporate representative | To be noticed | October 29, 2026, or soon thereafter |
| Plaintiff Jane Doe, K.H. | To be noticed | November 16, 2026, or soon thereafter |
| Plaintiff June Doe, M.H. | To be noticed | November 16, 2026, or soon thereafter |
| [Other fact witnesses / experts, if any] | To be noticed | To be determined |

In sum, the Parties anticipate taking the depositions of the involved Parties in the coming weeks. The Parties will work together to take all other fact and/or expert witness depositions as such matters arise in the course of litigation.

**4. <u>Certificates of Service</u>**

The Parties affirm that all certificates of service required by the Federal Rules of Civil Procedure and the Local Rules of this Court have been filed with the Court, and that the Parties will continue to file all required certificates of service as discovery proceeds.

**5. <u>Status of Settlement Negotiations</u>**

On July 15, 2026, the parties participated in mediation with Judge Paul Gurney and the parties did not reach a settlement. The current deadline to file an amended designation of neutral is November 3, 2026, and the current deadline for a second mediation is December 30, 2026. The parties intend to confer and schedule a second mediation prior to this deadline after initial discovery and party depositions are taken in the coming weeks.

Dated: October 7, 2026

Respectfully submitted,

**GRIFFIN PURNELL LLC**
2037 Airline Rd., Suite 200
Corpus Christi, Texas 78412
(361) 262-1776
(361) 356-4348 Fax
simon@griffinpurnell.com
gareth@griffinpurnell.com
Service: support@griffinpurnell.com

By: */s/ Gareth S. Purnell*
Simon B. Purnell
MO State Bar No. 67599
Gareth S. Purnell (*Admitted Pro Hac Vice*)

**ATTORNEYS FOR PLAINTIFFS**

**BATY OTTO SCHEER P.C.**
4435 Main Street, Suite 1100
Kansas City, Missouri 64111
(816) 531-7200
(816) 531-7201 Fax
lbaty@batyotto.com
jshock@batyotto.com
ereiher@batyotto.com

By: /s/ *Lee M. Baty*
Lee M. Baty MO #29547
Justin C. Shock MO #77016
Elizabeth L. Reiher MO #79741

**ATTORNEYS FOR DEFENDANT
KANSAS CITY GIRLS ACADEMY**

## CERTIFICATE OF SERVICE

I certify that on October 7, 2026, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gareth S. Purnell*
Gareth S. Purnell